IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL LEE GORDON,

   Plaintiff,

    v.

LIEUTENANT SEAH (F.N.U.), et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1928-TWT

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Gordon\r&r.wpd